IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| NESTOR ZAYAS-DIAZ,<br><br>   Plaintiff,<br><br>   v.<br><br>MUNICIPALITY OF SAN JUAN; <u>et al.</u><br><br>   Defendants. | CIVIL NO.  13-1786 (PAD) |

**ORDER**

Before the Court is Integrand Assurance Company's "Motion for Summary Judgment" (Docket No. 9). Contrary to Local Rule 56(e), in the statement of uncontested facts accompanying the motion Integrand makes reference to a total of 77 pages without identifying specific pages or paragraphs in those pages to support its contentions.

Under these circumstances, the Court need not rummage through the record looking for the factual support that Integrand, as moving party, had to provide. Consequently, the motion at Docket No. 9 is DENIED WITHOUT PREJUDICE. Integrand may file a second motion for summary judgment on or before July 22, 2014. The motion must be in strict compliance with both Fed.R.Civ.P. 56 and Local Rule 56.

Plaintiff may oppose Integrand's motion no later than August 6, 2014; and shall provide on or before July 10, 2014, a more definite statement regarding the place of the alleged incident, as ordered on April 8, 2014 (Docket No. 14).

**SO ORDERED.**

In San Juan, Puerto Rico, this 3rd day of July, 2014.

s/Pedro A. Delgado-Hernández<br>
PEDRO A. DELGADO-HERNÁNDEZ<br>
United States District Judge